# In the United States Court of Federal Claims

No. 15-24C

(Filed: April 29, 2015)

```
*****************************************
                                        *
BOARHOG LLC,                            *
                                        *
                 Plaintiff,             *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                 Defendant,             *
                                        *
*****************************************
```

ORDER

On April 17, 2015, the Government filed a Renewed Motion to Dismiss this protest for mootness.  In light of the Government's Notice of Corrective Action filed on March 31, 2015, which modifies Plaintiff's existing contract terms to substantially reflect those of the original award made to Plaintiff on September 18, 2014, the Court deems it appropriate to dismiss this action without prejudice.

In the event the agency's completed corrective action results in Plaintiff's need to seek relief again in this Court, a new complaint together with a Notice of a Directly Related Case may be filed pursuant to Rule 40.2(a) of this Court, and the case will be assigned to the undersigned Judge. A waiver of the filing fee is likely.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge